SEALED
FILED
2026 NOV 17 PM 1:30
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON R. DEPUE,<br><br>Defendant. | 8:26CR217<br><br>INDICTMENT<br>18 U.S.C. § 2251(a) & (e)<br>18 U.S.C. § 2252(a)(2) & (b)(1)<br>18 U.S.C. § 2252(a)(4)(B) & (b)(2) |

The Grand Jury charges that

COUNT I

Between on or about October 1, 2025, and on or about July 21, 2026, in the District of Nebraska, the defendant, JASON R. DEPUE, did knowingly use, persuade, induce, entice, and coerce, and attempt to use, persuade, induce, entice, and coerce a minor, MINOR VICTIM 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and the defendant knew and had reason to know that the visual depiction would be transported in interstate commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

COUNT II

Between on or about October 1, 2025, and on or about July 21, 2026, in the District of Nebraska, the defendant, JASON R. DEPUE, did knowingly use, persuade, induce, entice, and coerce, and attempt to use, persuade, induce, entice, and coerce a minor, MINOR VICTIM 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and the defendant knew and had reason to know that the visual depiction would be transported in interstate commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

COUNT III

Between on or about October 1, 2025, and on or about July 21, 2026, in the District of Nebraska and elsewhere, the defendant, JASON R. DEPUE, did knowingly receive and distribute and attempt to receive and distribute, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

COUNT IV

Between on or about October 1, 2025, and on or about July 21, 2026, in the District of Nebraska, the defendant, JASON R. DEPUE, did knowingly possess one or more computer file and other matter which contained an image of child pornography, including images of prepubescent children and child under the age of 12 years old, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, and said computer files and other matter had been shipped or transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code Section 2252(a)(4)(B) and (b)(2).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

KELLI L. CERAOLO
Assistant U.S. Attorney